UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

DYLAN WAYNE SWARTHOUT,

        Plaintiff,

  v.

MENDOCINO COUNTY SHERIFF'S OFFICE, et al.,

        Defendants.

                               /

No. C 15-0498 EDL (PR)

**ORDER OF DISMISSAL**

This is a civil rights case filed by a pro se inmate at the Mendocino County Jail. In the initial review order on May 20, 2015, the court found that plaintiff had failed to state a claim and dismissed the complaint and supplemental complaint with leave to amend after discussing the deficiencies of the complaint. The twenty-eight days to amend has passed and plaintiff has not filed an amended complaint or otherwise communicated with the court. This case is **DISMISSED** for failure to state a claim upon which relief can be granted.

**IT IS SO ORDERED.**

Dated: July 6, 2015

ELIZABETH D. LAPORTE
United States Magistrate Judge

P:\PRO-SE\EDL\CR.15\Swarthout498.dis.wpd